NOVEMBER 27, 1946

**No. 6558.**— —*J. T. Steeb & Co., Inc.* v. *United States.* Entered at Seattle, Wash. Reap. Dec. 6482. [*B. R. Anderson & Co. et al.* v. *United States,* reappraisement 142688–A, etc.] Motion by defendant.